971 A.2d 1123

Derrick K. DAVIS, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

No. 24 EM 2009.

Supreme Court of Pennsylvania.

May 14, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**

971 A.2d 1123

Alejambra TILLEY, Petitioner

v.

COMMONWEALTH OF PENNSYLVANIA BOARD
OF PROBATION AND PAROLE, Respondent.

No. 19 EM 2009.

Supreme Court of Pennsylvania.

May 14, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**